IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LORETTA RUTH MILLER,

    Plaintiff,

v.

COMMISSIONER,
Social Security Administration,

    Defendant.

Civ. No. 1:13-cv-972-MC

OPINION AND ORDER

MCSHANE, Judge:

On June 11, 2013, plaintiff Loretta Miller filed her complaint (# 1) for judicial review of a final decision of the Commissioner of Social Security denying her application for disability insurance benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. § 401–434. Since that time, plaintiff has not paid her filing fee or filed an application to proceed *in forma pauperis*. This Court has contacted plaintiff's attorney, Arthur Stevens, multiple times without result.[1] On October 18, 2013, this Court ordered plaintiff to pay the filing fee or to file an application to proceed *in forma pauperis* by November 7, 2013. Order, Oct. 8, 2013, ECF No. 4. Accordingly, because plaintiff failed to comply with this Court's order (#4), her complaint (#1) is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

---

[1] For example, this Court emailed Mr. Stevens on July 7, 2013 and communicated with Mr. Stevens on August 9, 2013 via telephone.

1 – OPINION AND ORDER

DATED this 15th day of November, 2013.

_____
Michael J. McShane
United States District Judge

2 – OPINION AND ORDER